# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 18-16557-MDC

LISA MICHELLE BALTHASER

6337 MERSHON STREET

PHILADELPHIA, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LISA MICHELLE BALTHASER

    6337 MERSHON STREET

    PHILADELPHIA, PA 19149

**Counsel for debtor(s), by electronic notice only.**
    JEFFERY A FOURNIER
    2480-B DURHAM RD

    BRISTOL, PA 19007

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 1/9/2019

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee