UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Lisa Michelle Balthaser
        Debtor

: Chapter 13
:
:
:
: Bankruptcy No. 18-16557-MDC
:
: Application for Compensation
: of Attorney Fees for Services
: Rendered from 09/28/2018 to 05/28/2019

## AFFIDAVIT

I, Lisa Michelle Balthaser., received and reviewed the Fee Application filed with the C[ourt] on May 29, 2019 and after review, I have no objection to the Attorney Fees requested by Jeffe[ry] Fournier, Esquire.

*Lisa M Balthaser* (signature)
Lisa Michelle Balthaser      De[btor]

Date: 6/17/19