# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-16557-MDC

LISA MICHELLE BALTHASER

6337 MERSHON STREET

PHILADELPHIA, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LISA MICHELLE BALTHASER

6337 MERSHON STREET

PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

JEFFERY A FOURNIER
2480-B DURHAM RD

BRISTOL, PA 19007

Date: 6/18/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee