UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br>    Lisa Michelle Balthaser<br>        Debtor | : Chapter 13<br>:<br>:<br>: Bankruptcy No. 18-16557-MDC<br>:<br>: Application for Compensation<br>: of Attorney Fees for Services<br>: Rendered from 9/28/2018 to 5/28/2019 |

## CERTIFICATION OF NO RESPONSE TO
## APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

1. That an Application for Compensation of Attorney Fees was filed on or about May 29, 2019.

2. Notice was served upon all creditors and interested parties on or about May 29, 2019.

3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

**WHEREFORE**, I respectfully request that the Application for Compensation of Attorney Fees be approved.

                                                    /s/ Jeffery A. Fournier, Esquire
                                                   Jeffery A. Fournier, Esquire
                                                   Attorney for Debtor