United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16557-mdc
Lisa Michelle Balthaser                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 2            Date Rcvd: Aug 12, 2019
                              Form ID: pdf900          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
```
db              +Lisa Michelle Balthaser,    6337 Mershon Street,    Philadelphia, PA 19149-3041
cr              +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                  Philadelphia, PA 19106-1541
14206860        +Bank of America NA,    c/o Sunrise Credit Services Inc.,    P. O. Box 9100,
                  Farming dale, NY 11735-9100
14225155        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14206862        +Calvary SPV I, LLC,    c/o Apothaker Scian PC,    520 Fellowship Road, Suite 306,
                  Mt. Laurel, NJ 08054-3410
14206861        +Chase Bank USA NA,    c/o Client Services Inc.,    3451 Harry S. Truman Blvd.,
                  St. Charles, MO 63301-4047
14333171        +Jeffery A. Fournier, Esquire,    2480-B Durham Road,    Bristol, PA 19007-6902
14206859        +KML Law Group PC,    Attn: Jill P. Jenkins, Esquire,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14206863        +Northstar Location Services LLC,    Attn: Financial Services Dept.,    4285 Genesee Street,
                  Cheektowaga, NY 14225-1943
14248350        +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                  701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14206858        +TD Bank USA NA / Target,    c/o Kami S. Miller, Esquire,    475 Leedom Street, Suite One,
                  Jenkintown, PA 19046-2728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Aug 13 2019 03:42:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:42:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2019 03:42:37      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14294903         E-mail/Text: megan.harper@phila.gov Aug 13 2019 03:42:46     City of Philadelphia,
                 Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14206857         E-mail/Text: megan.harper@phila.gov Aug 13 2019 03:42:46     City of Philadelphia,
                 c/o Law Department,    1515 Arch Street, 14th Floor,    Philadelphia, PA  19107
14230004        +E-mail/Text: bankruptcy@cavps.com Aug 13 2019 03:42:32      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14206856        +E-mail/Text: blegal@phfa.org Aug 13 2019 03:42:20     PA Housing Finance Agency,
                 211 North Front Street,    P. O. Box 15057,    Harrisburg, PA 17105-5057
14260743        +E-mail/Text: blegal@phfa.org Aug 13 2019 03:42:20     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 N. Front St.,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 8
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14294904*      ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,    Law Department  Tax & Revenue Unit,
                 Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595)
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                  Page 2 of 2               Date Rcvd: Aug 12, 2019
                              Form ID: pdf900             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              JEFFERY A. FOURNIER    on behalf of Debtor Lisa Michelle Balthaser jefffournier@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                :   **Chapter 13**

   Lisa Michelle Balthaser           :

               Debtor              :   **Bankruptcy No. 18-16557-MDC**

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed Chapter 13 plan payments in the possession of the Trustee shall not revert in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revert pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including application for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereof or (b) if no such applications have been filed, return the undistributed Chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: 8/8/19

                                                              Magdeline D. Coleman
                                                              Chief United States Bankruptcy Judge