UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br>    Lisa Michelle Balthaser<br>                    Debtor | : Chapter 13<br>:<br>:<br>: Bankruptcy No. 18-16557-MDC<br>:<br>: Application for Compensation<br>: of Attorney Fees for Services<br>: Rendered from 9/28/2018 to 5/28/2019 |

## CERTIFICATION OF NO RESPONSE TO
## APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

1. That an Application for Compensation of Attorney Fees was filed on or about May 29, 2019.

2. Notice was served upon all creditors and interested parties on or about May 29, 2019.

3. Order was entered on August 8, 2019 Dismissing Chapter 13 Case and Allowance of Application for Administrative Expenses.

4. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

5. Neither an objection to the proposed compensation nor an application for administrative fees has been filed.

**WHEREFORE**, I respectfully request that the Application for Compensation of Attorney Fees be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor