UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Lisa Michelle Balthaser | : |
| Debtor | : Bankruptcy No. 18-16557-MDC |
| | : |
| | : Application for Compensation |
| | : of Attorney Fees for Services |
| | : Rendered from 9/28/2018 to 5/28/2019 |

### ORDER TO APPROVE COMPENSATION
### OF ATTORNEY FEES

AND NOW, this 16th day of September, 2019, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $1,076.00 in compensation for attorney fees and costs of $310.00 are approved and the amount owed of $1,386.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE