United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16557-mdc
Lisa Michelle Balthaser                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John                Page 1 of 1          Date Rcvd: Sep 16, 2019
                            Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2019.
db          +Lisa Michelle Balthaser,   6337 Mershon Street,   Philadelphia, PA 19149-3041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2019 03:30:23    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:
      JEFFERY A. FOURNIER    on behalf of Debtor Lisa Michelle Balthaser jefffournier@verizon.net
      KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                   TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br>　　Lisa Michelle Balthaser<br>　　　　　Debtor | : Chapter 13<br>:<br>:<br>: Bankruptcy No. 18-16557-MDC<br>:<br>: Application for Compensation<br>: of Attorney Fees for Services<br>: Rendered from 9/28/2018 to 5/28/2019 |

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES

AND NOW, this __16th__ day of _____September_____, 2019, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $1,076.00 in compensation for attorney fees and costs of $310.00 are approved and the amount owed of $1,386.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE